UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-61367-CIV-COHN/SELTZER

ANITA CORMACK,

    Plaintiff,

v.

NORTH BROWARD HOSPITAL DISTRICT
d/b/a BROWARD HEALTH,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR CONTINUANCE

      THIS CAUSE is before the Court upon Defendant Broward Health's Expedited Motion for Sanctions and for a Continuance [DE 46]. The Court has carefully considered the entire record, and is otherwise fully advised in the premises.

    Defendant filed this motion on April 27, 2009, seeking expedited relief regarding 1208 documents belatedly turned over by Plaintiff on April 22, 2009. This Court referred the sanctions portion of the motion to Magistrate Judge Barry Seltzer, but reserved ruling upon Defendant's request for a 30 day continuance. After expedited briefing, Judge Seltzer entered an order on May 4, 2009 denying the motion for sanctions [DE 52]. In opposing the motion for sanctions, Plaintiff did not oppose the request for a continuance of pretrial deadlines and the trial. Plaintiff's Response at pp. 4-5 [DE 50].

    Upon a review of the entire record, the interest of justice do require that Defendant's request for a continuance be granted due to Plaintiff's late disclosure of documents, even though those documents were considered "harmless" for purposes of

consideration of the imposition of sanctions.   Discovery for this case remains closed, except for discovery required by Defendants as a result of the 1208 documents disclosed on April 22, 2009.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. Defendant Broward Health's Expedited Motion for a Continuance [DE 46] is hereby **GRANTED**;

2. The following pretrial deadlines shall now apply to this case:

| | |
|---|---|
| Joinder of parties and Amendment of Pleadings | deadline passed |
| Discovery cutoff (only as specified above) | June 8, 2009 |
| Dispositive pretrial motions and Motions to Exclude or Limit Expert Testimony | June 25, 2009 |
| Mediation Report Deadline | May 22, 2009 |
| Motions in limine | July 30, 2009 |
| Joint Pretrial Stipulation | August 11, 2009 |
| Responses to Motions in Limine and Deposition Designations for Trial for Unavailable Witnesses | August 17, 2009 |
| Proposed Jury Instructions and any Counter-designations and objections to Deposition designations | Calendar Call |

3. This case is reset for trial on the two week trial period commencing August 24,

2009, with the Calendar Call reset for Thursday, August 20, 2009 at 9:00am.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of May, 2009.

_____
JAMES I. COHN
United States District Judge

Copies furnished to:

counsel of record