UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-61367-CIV-COHN/SELTZER

ANITA CORMACK,

    Plaintiff,

v.

NORTH BROWARD HOSPITAL DISTRICT
d/b/a BROWARD HEALTH,

    Defendant.
_____/

### ORDER GRANTING MOTION TO BRING IN ELECTRONIC EQUIPMENT

THIS CAUSE is before the Court upon Defendant's Motion to Permit Use of Personal Laptop Computers in Courtroom [DE 110] and Plaintiff's Response [DE 112]. The Court has carefully considered the motion and is otherwise fully advised in the matter.

Accordingly, it is **ORDERED and ADJUDGED** that Defendant's Motion to Permit Use of Personal Laptop Computers in Courtroom [DE 110] is hereby **GRANTED**, and all counsel (Caran Rothschild, Linda Reck, and Kristina Lee Arnsdorff of Greenberg & Traurig, as well as Karen Coolman Amlong, William Amlong, Rani Nair Bolden, and Jennifer Daley of Amlong & Amlong) are permitted to bring personal laptop computers and associated cables into the Courthouse for use during trial in this matter from September 1, 2009 through September 11, 2009.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of August, 2009.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

copies to:
counsel of record as listed on CM/ECF
U.S. Marshal's Service