UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 08-CV-61367-Cohn-Seltzer

ANITA CORMACK,

    Plaintiff,

vs.

NORTH BROWARD HOSPITAL
DISTRICT d/b/a BROWARD
HEALTH; et al.,

    Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S
## MOTION TO PERMIT USE OF ADDITIONAL EQUIPMENT
## IN THE COURTROOM DURING TRIAL

THIS MATTER is before the court upon Plaintiff's Motion to Permit Use of Additional Equipment in the Courtroom During Trial. The Court having carefully considered the motion, having reviewed the court file and having been fully advised in the premises, finds that there is good cause to grant the instant motion. It is therefore

**ORDERED AND ADJUDGED** that said motion is hereby **GRANTED**. Yasmin Harris and Patrick Hackett shall be allowed to enter the courtroom on August 31, 2009 at 4:30 p.m. to set up for trial. Furthermore, plaintiff shall be allowed to bring in the following items for use at trial:

1. Projector;
2. ELMO (document imaging camera);
3. Portable printer;
4. Projector screen;
5. Table for projector;
6. Easel;

7. Tackle box containing office and trial supplies; and
8. Associated cables.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this ___31st___ day of August, 2009.

James I. Cohn
United States District Judge

Copies Provided:
Karen Coolman Amlong, Attorney at Law
Caran Rothchild, Attorney at Law